SPERTUS, LANDES & UMHOFER, LLP
Ezra D. Landes (SBN 253052)
Lindsey M. Hay (SBN 311463)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
ezra@spertuslaw.com
lhay@spertuslaw.com

ROBYN FASS WANG (SBN 194006)
1442A Walnut St. #229
Berkeley, CA 94709
Telephone: (510) 637-9349
robynfasswang@gmail.com

*Attorneys for Plaintiff Stephen Wilson*

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
Michael C. Wenzel (SBN 215388)
Ilana Kohn (SBN 203389)
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
mwenzel@bfesf.com
ikohn@bfesf.com

*Attorneys for Defendants County of Alameda, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WILSON, an individual, | Case No. 22-cv-06671-DMR |
| Plaintiff, | Hon. Donna M. Ryu |
| v. | **JOINT STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| COUNTY OF ALAMEDA; COUNTY OF ALAMEDA BOARD OF SUPERVISORS, | |
| Defendants. | |

      Plaintiff Stephen Wilson ("Plaintiff") and Defendants County of Alameda and County of Alameda Board of Supervisors (collectively, "Defendants") stipulate as follows:

      On October 28, 2022, Plaintiff filed the Complaint in the instant action, Dkt. No. 1, and on October 31, 2022, the Court issued an Order setting the Initial Case Management Conference ("CMC") for February 1, 2023. Dkt. No. 3

      On December 12, 2022, the parties stipulated to extend Defendants' response to the Complaint by 15 days, and on January 3, 2023, stipulated to an additional 14-day extension to January 17, 2023. Dkt. No. 14.

      On January 17, 2023, Defendants filed in response to the Complaint a motion to dismiss the Complaint or, alternately, strike portions of the Complaint pursuant to FRCP Rules 8 and 12(f), set to be heard on April 27, 2023. Dkt. Nos. 17, 20.

      On January 23, 2023, Plaintiff's counsel informed Defendants' counsel that Plaintiff intends to file a First Amended Complaint, as a matter of course, by February 7, 2023, pursuant to FRCP 15(a)(1)(B).

      The parties agree that it is in the interest of judicial economy and having a more productive CMC to continue the CMC to a date falling after Plaintiff files his FAC, and, if possible, after Defendants have responded to the FAC, however, without prejudice to Defendants' right to request additional time to respond to the FAC, if necessary.

      The parties therefore respectfully request that the Court continue the February 1, 2023 CMC to March 15, 2023, or an alternate date that the Court's calendar allows.

      IT IS SO STIPULATED AND AGREED.

Dated: January 24, 2023        SPERTUS, LANDES & UMHOFER, LLP
                                            By:   /S/ Ezra D. Landes
                                                  Ezra D. Landes
                                                  Lindsey Hay
                                                  Attorneys for Plaintiff

Dated: January 24, 2023        ROBYN FASS WANG
                                            By:   /S/ Robyn Fass Wang
                                                  Attorney for Plaintiff

Dated: January 24, 2023            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
                                         By:   /S/ Michael C. Wenzel
                                                    Michael Wenzel
                                                    Ilana Kohn
                                                    Attorneys for Defendants

### ATTORNEY ATTESTATION

I, Ezra D. Landes, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: January 24, 2023                         */s/ Ezra D. Landes*
                                                       Ezra D. Landes

### ORDER (AS MODIFIED)

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated to the same, the parties' stipulation to continue the Initial Case Management Conference is hereby APPROVED. The Initial Case Management Conference set for February 1, 2023 at 1:30 p.m. is continued to April 27, 2023 at 1:00 p.m. in Oakland by Videoconference only to coincide with the hearing on Defendant County of Alameda's Motion to Dismiss. Parties shall file a joint case management conference statement by April 20, 2023.

**IT IS SO ORDERED AS MODIFIED.**

Dated: <u>January 25, 2023</u>

By: _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]*