Michael C. Wenzel, State Bar No. 215388
Ilana Kohn, State Bar No. 203389
Kara Goidosik, State Bar No. 337705
BERTRAND, FOX, ELLIOT, OSMAN &
WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
Email:    mwenzel@bfesf.com
          ikohn@bfesf.com
          kgoidosik@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA and COUNTY OF
ALAMEDA BOARD OF SUPERVISORS

James Spertus, State Bar No. 159825
Lindsey M. Hay, State Bar No. 311463
SPERTUS, LANDES & JOSEPHS, LLP
1990 South Bundy Dr., Ste. 705
Los Angeles, CA 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
Email: jim@spertuslaw.com
       lhay@spertuslaw.com

ROBYN FASS WANG (SBN 194006)
1442A Walnut St. #229
Berkeley, CA 94709
Telephone: (510) 637-9349
Email: robynfasswang@gmail.com

Attorneys for Plaintiff
ROBIN JOHNSON as successor in interest of
decedent STEPHEN WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN JOHNSON as successor in interest of decedent STEPHEN WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA; COUNTY OF ALAMEDA BOARD OF SUPERVISORS,<br><br>        Defendants. | Case No. 4:22-cv-06671-DMR<br><br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER (AS MODIFIED)**<br><br><br><br><br><br>**Hon. Donna M. Ryu** |

1    The parties in the above-captioned matter, by and through their counsel of record, hereby represent

2 to the Court as follows:

3    On October 28, 2022, Plaintiff filed their Complaint in the United States District Court, Northern

4 District of California.

5    The COUNTY OF ALAMEDA and COUNTY OF ALAMEDA BOARD OF SUPERVISORS

6 (hereinafter, "Defendants") were served with Plaintiff's Complaint on November 28, 2022.

7    Defendants filed their responsive pleading on January 17, 2023 by stipulation of the Parties.

8    On February 7, 2023, Plaintiff filed his First Amended Complaint.

9    Defendants filed their answer on February 21, 2023.

10    An initial case management conference was held on June 7, 2023, at which time Plaintiff's counsel

11 notified the Court that Plaintiff was deceased, and Plaintiff's counsel was attempting to locate a successor

12 in interest. (ECF No. 33).

13    On October 4, 2023, the Court held a further case management conference and granted Plaintiff's

14 motion to substitute Robin Johnson as successor in interest to Stephen Wilson. The Court issued the

15 following scheduling order (ECF No. 45):

16    All non-expert discovery shall be completed no later than December 17, 2024;

17    Initial expert disclosures shall be made by no later than December 17, 2024;

18    Rebuttal expert disclosures shall be made by no later than December 31, 2024;

19    All expert discovery shall be completed no later than January 14, 2025;

20    Last day to hear dispositive motions shall be February 13, 2025;

21    Pretrial Conference on April 30, 2025;

22    Jury trial beginning on May 12, 2025.

23    The Court referred the Parties to mediation through the Northern District of California ADR

24 Program, to be completed by October 31, 2024. (ECF No. 45)

25    On January 23, 2024, Defendants served written discovery on Plaintiff. Plaintiffs served their

26 responses to Defendants' written discovery and served responsive documents on February 22, 2024.

27    On January 29, 2024, the Court vacated the case management conference and extended the deadline

28 to complete mediation to February 17, 2025. (ECF No. 48).

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER (AS MODIFIED)
*Wilson v. County of Alameda, et al.,*. U.S.D.C. Northern District Case No.: 4:22-cv-06671-DMR

1    The Parties participated in two ADR scheduling conferences with Jill Kopeikin, the ADR Program

2    Director for the Northern District, on April 16, 2024 and May 14, 2024.

3    In May 2024, the Parties began discussing the possibility of early resolution of this case and

4    deferring additional discovery so that the Parties can attempt to resolve the case before significant fees and

5    costs are expended litigating this case.

6    Based on the experience of counsel, who have litigated similar cases involving similar claims and

7    evidence, including a prior similar case between the parties, these cases require a substantial amount of

8    attorney time to work up.

9    The parties have now reserved mediation with the Hon. Peter D. Lichtman (Ret.) to take place on

10   October 4, 2024, subject to this Court's agreement to grant the stipulated request to modify dates. Under

11   the current scheduling order, the Parties would not be able to defer significant discovery until after

12   mediation occurs, because discovery in this case cannot be completed in the two months between the

13   current agreed upon mediation date and the close of fact discovery. In addition, the current deadline for

14   expert disclosures would not leave sufficient time for experts to review depositions and evidence and

15   prepare reports, if the Parties deferred such work until after mediation. In the experience of counsel based

16   on similar cases, multiple experts will be retained in this case on each side at considerable expense.

17   Because attorney time spent litigating these cases substantially increases attorney's fees and

18   significantly impedes the prospects for settlement, the Parties discussed deferring non-essential discovery

19   until after mediation can be attempted.

20   Due to the County's reporting requirements, party and counsel availability and mediator

21   availability, the first available dates for which a meaningful mediation can occur are in early October.

22   The Parties have agreed to defer all depositions and further written discovery until after mediation.

23   The Parties of course recognize that the Court has already imposed an ADR deadline of February

24   17, 2025, and mediation will occur prior to that deadline, but the current scheduling order with fact and

25   expert deadlines in December would meaningfully and deleteriously impact the prospects for settlement.

26   The Parties have agreed that the prospects of resolving this matter at mediation will be significantly

27   enhanced if current case deadlines are continued 60 days, which would allow the Parties to focus time and

28   resources on resolving the case prior to incurring significant attorneys' fees on additional discovery,

2

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER (AS MODIFIED)
*Wilson v. County of Alameda, et al.,*. U.S.D.C. Northern District Case No.*: 4:22-cv-06671-DMR*

depositions, retention of experts, and motion practice.

In order to meaningfully participate in mediation, the Parties propose the following modified schedule:

| Event | Current Deadline | Deadline as Modified |
|---|---|---|
| Fact discovery cut-off | December 17, 2024 | **February 25, 2025** ~~February 18, 2025~~ |
| Expert disclosures | December 17, 2024 | **February 25, 2025** ~~February 18, 2025~~ |
| Expert rebuttal | December 31, 2024 | **March 11, 2025** ~~March 4, 2025~~ |
| Expert discovery cut-off | January 14, 2025 | **March 25, 2025** ~~March 18, 2025~~ |
| Dispositive motion hearing deadline | February 13, 2025 | **April 24, 2025 at 1:00 p.m.** ~~April 17, 2025~~ |
| Pretrial conference | April 30, 2025 | **July 9, 2025 at 2:00 p.m.** ~~July 2, 2025~~ |
| Jury Selection and Jury Trial | May 12, 2025 | **July 21, 2025 at 8:30 a.m.** ~~July 14, 2025~~ |

The Parties request that the current case management conference set for September 18, 2024 be **December 4, 2024 at 1:30 p.m.** in Oakland, by Videoconference only.  Parties shall file an reset for ~~November 6, 2024,~~ updated joint case management conference statement by November 27, 2024.

It is so stipulated and agreed **and modified.**

Dated:  June 25, 2024                    SPERTUS, LANDES & UMHOFER, LLP


                                          By:  ___*/s/ James Spertus*_____
                                              James Spertus
                                              Lindsey Hay
                                              Attorneys for Plaintiff
                                              ROBIN JOHNSON


Dated:  June 25, 2024                    ROBYN FASS WANG


                                          By:  ___*/s/ Robin Fass Wang*_____
                                              Robyn Fass Wang
                                              Attorney for Plaintiff
                                              ROBIN JOHNSON

Dated:  June 25, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:     */s/ Ilana Kohn*_____
     Michael Wenzel
     Ilana Kohn
     Kara Goidosik
     Attorneys for Defendant
     COUNTY OF ALAMEDA


## **ATTORNEY ATTESTATION**

I, Ilana Kohn, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.


Dated:  June 25, 2024                    By:     */s/ Ilana Kohn*_____
     Ilana Kohn

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER (AS MODIFIED)
*Wilson v. County of Alameda, et al.,*. U.S.D.C. Northern District Case No.: *4:22-cv-06671-DMR*

1

**<u>ORDER (AS MODIFIED)</u>**

2

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same,

3

the parties' stipulation to modify scheduling order is granted **as modified.**

4

5

**IT IS SO ORDERED AS MODIFIED.**

6

7

Dated: ___June 27, 2024___



8

9

_____

10

HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER (AS MODIFIED)
*Wilson v. County of Alameda, et al.,*. U.S.D.C. Northern District Case No.: *4:22-cv-06671-DMR*